**No. 60732.**—Murmac Importing Corp. *v.* United States, protests 179713–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 10 percent ad valorem under paragraph 1547 (a), Tariff Act of 1930, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), and the items marked with the letter "B" at 20 percent under the provision in said paragraph of the tariff act as "Works of art * * * statuary, sculptures, or copies, replicas, or reproductions thereof, valued at not less than $2.50."

**No. 60733.**—Naumes Forwarding Service *v.* United States, protests 229024–K/5047, etc. (Chicago).

Opinion by JOHNSON, J. It was stipulated that an allowance was made for gelatinous substance on certain canned hams and similar pork products equal to 10 percent of the contents of the tins, whereas there should have been an allowance of 20 percent, and that the merchandise is the same in all material respects as that the subject of Abstract 60346. In accordance with stipulation of counsel and following the cited decision, the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the tins, less an allowance for gelatinous substance equal to 20 percent of the contents of each tin.

**No. 60734.**—Philip R. Bookbinder *v.* United States, protest 281137–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60735.**—The River Plate Corporation *v.* United States, protest 283955–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60736.**—The Gren Corp. *v.* United States, protest 284201–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60737.**—Dixey Twine Company *v.* United States, protest 286107–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.